# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

130869

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VENUS FLEMISTER, Personal
Representative of the Estate of
Ray Flemister, Deceased,
              Plaintiff-Appellee,

v

              SC: 130869
              COA: 266223
              Wayne CC: 04-409314-NH

TRAVELING MEDICAL
SERVICES, P.C., and GARY G.
ERRIGO, D.C., PA-C,
              Defendants-Appellants,

and

ARNOLD HOME, INC., DR. MARVIN
TRIMAS, DR. GODOFREDO C.
SANTIAGO, DR. DANIEL REDDY,
DR. BHAMINI SUDHIR, and
SINAI-GRACE HOSPITAL,
              Defendants.

_____/

On order of the Court, the application for leave to appeal the February 23, 2006 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk